UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIDGET FISHER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF FINANCIAL INSTITUTIONS, et al., <br><br> Defendants. | C22-5991 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs are ORDERED to show cause by April 17, 2023, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on December 27, 2022, docket no. 6. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of March, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1