UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIDGET FISHER, et al.,

          Plaintiffs,

  v.

DEPARTMENT OF FINANCIAL INSTITUTIONS, et al.,

          Defendants.

C22-5991 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed plaintiffs' response to the Minute Order dated March 2, 2023, docket no. 7, directing plaintiffs to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on December 27, 2022, docket no. 6, the Court hereby EXTENDS the following deadlines:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | June 27, 2023 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | July 11, 2023 |
| Combined Joint Status Report and Discovery Plan | July 11, 2023 |

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2023.

          Ravi Subramanian
          Clerk

          s/Laurie Cuaresma
          Deputy Clerk

MINUTE ORDER - 1