UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIDGET FISHER, et al.,

        Plaintiff,

v.

DEPARTMENT OF FINANCIAL INSTITUTIONS,

        Defendant.

C22-5991 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Pursuant to the parties' stipulation, docket no. 31, the following dates and deadlines are continued as indicated:

| JURY TRIAL DATE | June 2, 2025 |
|---|---|
| Discovery completion deadline | February 14, 2025 |
| Dispositive motions filing deadline | March 14, 2025 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | March 21, 2025 |
| Motions in limine filing deadline | May 2, 2025 |

MINUTE ORDER - 1

| Agreed pretrial order due | May 16, 2025 |
|---|---|
| Trial briefs, proposed voir dire questions, and jury instructions due | May 16, 2025 |
| Pretrial conference | May 23, 2025 at 10 a.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 27, including the deadline for filing discovery motions, shall remain in full force and effect.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of September, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2