1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIDGET FISHER; CAROLYN
SABIN; KATRINA ROY; and
BRIGITTE NORTON,

                Plaintiffs,

    v.

DEPARTMENT OF FINANCIAL
INSTITUTIONS,

                Defendant.

C22-5991 TSZ

MINUTE ORDER

14

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

15

16

17

18

19

20

21

    (1)    Notwithstanding the Court's Minute Order, docket no. 34, the Court hereby ORDERS all motions in limine to be presented in a joint submission filed by May 9, 2025, and such joint submission shall be noted for the same day it is filed. The joint submission shall contain (i) an introductory statement, summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiffs' disputed motions in limine shall be sequentially numbered; defendant's disputed motions in limine shall be identified in alphabetical order. The joint submission must also include a certification that the parties have made a good faith effort to confer to resolve any matters in dispute. Such a good faith effort requires a face-to-face meeting or a telephone conference.

22

23

MINUTE ORDER - 1

1      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

2

      Dated this 24th day of January, 2025.

3

4                              Ravi Subramanian
                              Clerk

5

                              s/Laurie Cuaresma

6                              Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2