# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIDGETT FISHER; CAROLYN SABIN; KATRINA ROY; and BRIGITTE NORTON,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF FINANCIAL INSTITUTIONS,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C22-5991 TSZ |

___   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Motion for Summary Judgment, docket no. 37, is GRANTED, and Plaintiffs' claims are DISMISSED with prejudice.  See Order (docket no. 65).

Judgment is hereby ENTERED against Plaintiffs Bridget Fisher, Carolyn Sabin, Katrina Crews (née Roy)[1], and Brigitte Norton, and in favor of Defendant Department of Financial Institutions.

Dated this 19th day of May, 2025.

                                            Ravi Subramanian
                                            Clerk

                                            s/Laurie Cuaresma
                                            Deputy Clerk

---

[1] Katrina Crews's name before her marriage was Katrina Roy, and she appears in the record under that name.  See Order at 3 n.2 (docket no. 65).